FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 JUL 13 PM 2:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWAYNE C. WEBB,

    Petitioner,

v.                          CASE NO. CV410-083

COLONEL MCARTHUR HOLMES,
Warden Chatham County Jail,

    Respondent.

## ORDER

Before the Court is the Magistrate Judge's report and recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2254 Petition is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 13th day of July 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA